**Order entered February 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01280-CR

## MICHAEL EARL SMITH, Appellant

### V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 5
### Dallas County, Texas
### Trial Court Cause No. F13-58426-L

## ORDER

The Court **REINSTATES** the appeal.

On January 21, 2015, we granted the motion of Lori Ordiway to withdraw as counsel and ordered the trial court to appoint new counsel to represent appellant in this appeal. We have received the trial court's order appointing Lawrence Mitchell to represent appellant. Accordingly, we **DIRECT** the Clerk to list Lawrence Mitchell as appellant's appointed attorney of record.

Appellant's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Lawrence Mitchell and the Dallas County District Attorney's Office.

/s/     ADA BROWN
          JUSTICE